UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
Owens,

                                    **ORDER TO PRODUCE**

            -against-

                                   7:22-CV-06754 (CS)

 Orange County Jail, et al.,
                       Defendant(s).
--------------------------------------------------------X

Seibel, J.

The Court hereby directs Attica Correctional Facility to produce inmate DeSean Owens (ID #

22-B-4445) via telephone for a Pre-Motion Conference before the Court on **Friday, January 6,**

**2023 at 10:15 a.m.** The call-in number is **(877) 336 – 1839**, and the access code is **1047966#**.

        **SO ORDERED.**

Dated: December 12, 2022
       White Plains, New York

_____
         Cathy Seibel, U.S.D.J.