**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------------X
DeSEAN J. OWENS,

                Plaintiff,

   -against-                                             22 **CIVIL** 6754 (CS)

                                                        **JUDGMENT**

COUNTY OF ORANGE, SHERIFF DuBOIS, and
CAPTAIN POTTER,

                Defendant.
-----------------------------------------------------------------------------X


      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 22, 2023, Defendants' motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      December 05, 2023

                                                           **RUBY J. KRAJICK**

                                                              Clerk of Court

                            **BY:**
                                                            **Deputy Clerk**